United States District Court
Southern District of Texas
**ENTERED**
June 01, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **STRIKE 3 HOLDINGS, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:23-CV-00173** |
| § | |
| **JOHN DOE,** § | |
| § | |
| **Defendant.** § | |

## ORDER

Plaintiff has filed a notice of voluntary dismissal. This case is therefore **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Signed at Houston, Texas on May 31, 2023.

_____
Keith P. Ellison
United States District Judge